# EXHIBIT A

**From:** Mark Ellert <mhellert@guyharveyoutpost.com>
**Sent:** Tuesday, February 26, 2013 12:43 PM
**To:** 'Keith Overton' <keithoverton@twresort.com>
**Cc:** 'Travis Johnson' <tjohnso2@twresort.com>; 'Lynda Waters' <lwaters@twresort.com>; 'Dean Fortune' <dfortune@twresort.com>
**Subject:** Emporium name ideas

Greetings all…
Attaching some ideas for outlet names, and taglines.

I have not assumed, nor would I recommend, that the "Guy Harvey" moniker attaches to the outlet name, as I think its important to work the retail element into the name, and if so, it starts getting real text heavy.

My marketing preference is to names with two syllables that are suggestive of casual, lively, active and fun, without ethnic reference, and work well without the tag line.

Out of the lot, I have three preferences: Rumfish, Boathouse and Longboards
Of these, I prefer Rumfish as Its evocative of island/ Caribbean escape and romance and suggests the fun and flavors of a rum bar with that of a seafood house and fish. It gives us a lot of design options to work with.

Boathouse is a safer name, with strong connotations for anyone who has spent time at the shore or on a lake. Boathouses are colorful, full of stuff and generally a meeting place.

Longboards is more contemporary with likely less shelf life, but implies a colorful active outdoors surfing experience that would play well with yournger demographic.

Hope this adds to the list!


From the Oceans Comes Life, Enjoy the Journey !

Mark Ellert, President
Guy Harvey Outpost
954.524.2225
954.467.4103 fax
305.725.1060 cell
Visit us at www.GuyHarveyOutpost.com

**Tag lines:**
Restaurant, Lounge & Boutique
Restaurant, Bar & Shoppe
Restaurant, Bar & Shop
Bar, Grill & Boutique
Bar, Grill & Shop
Boutique, Bar & Grill

---

**Names:**
**Rumfish**
**Boathouse**
**Longboards**
 Aqualina
 Aquatiempo
 Baybottoms
 Beachouse
 Bluewater
 Breakers
 Clipper
 Coconuts
 Costa
 Dash
 Driftwood
 Dune
 Eco
 Ecofish
 Ecolife
 Ferry House
 Fish
 Fishtales
 Green Flash
 Gulfside
 Gulfsider
 Idle water
 Indigo
 Island breeze
 Island grill
 Jolly Mon
 Landings
 Lantern

Lanyard
Lee Side
Lighthouse
Loggerhead
Meridian
Mistral
Moorings
Ocean Basket
Ocean Grill
Parhelion
Quayside
Reef
Reefhouse
Reefline
Reefline
Reefrider
Reefside
Reeftide
Rum Line
Rumb Line
Sand Dune
Scuppers
Scuttles
Shimmers
Skinny water
Skye
Solar road
Solaris
SOS
Splash
Steak and Scales

Sundowners
Surf Side
Surfline
The landing
The Quay
Tight lines
Waterhouse
Waterline
Watermark
Whitecaps
Wildrock
Wildwind