# EXHIBIT C

OPPORTUNITIES   SUBMIT CONTENT   PRESS RELEASES   DMCA POLICY   ABOUT   CONTACT US



**CENTRAL FLORIDA AQUARIUM SOCIETY**
A FUSION OF AQUACULTURE, INGENUITY, AND ART!



NEWS   EVENTS   LEARN   INNOVATION

PROGRAMS   PROMOTIONS



# 33,500 Gallon Aquarium Installation by ATM at the RumFish Grill, Guy Harvey Outpost in St. Pete Beach, Florida

☐ | ☐  Installation of the Biggest Aquarium to Be Featured on Animal Planet's Tanked is Now Underway Inside the Rumfish Grill at the Guy Harvey Outpost in St. Pete Beach, Florida. The Team From...

IN NEWS   BY TRAVIS FILLMEN   SUNDAY, APRIL 6TH, 2014

Installation of the biggest aquarium to be featured on Animal Planet's Tanked is now underway inside the RumFish Grill at the Guy Harvey Outpost in St. Pete Beach, Florida. The team from Acrylic Tank Manufacturing (ATM) is heading up this huge project, and recently placed the acrylic main viewing window which measures 30′ wide by 10′ tall. The big reveal will air on May 16th's episode of Tanked, and the restaurant will open to the people several days later.

General manager Keith Overton clarified that there would be about 80 fish all of which indigenous. The restaurant will be decorated with Guy Harvey originals and prints, all that will be available for purchase. If this was not enough, documented resort guests will also have the opportunity to take a dive into the gigantic aquarium, either with a snorkel

### Sidebar

☐ Immersed Aquatic Art Show returns to Orlando, November 15 - December 14

## Upcoming Events

View Event Calendar

**Monday, Apr 01, 2019 - Friday, May 31, 2019**
Best of Central Florida: Aquarist Edition

**Tuesday, Oct 01, 2019**
CFLAS Calendar Art Due
CFLAS Calendar Sponsorships Due

### Subscribe to our Newsletter!
Be the first to know out about our upcoming Events, Workshops, New Products and Product Demos, Special Promotions, Contests and Sweepstakes.

ADVERTISE WITH US

Supporting Enrichment and Opportunity for

or oxygen mask.

The RumFish menu will include lots of fish, for example local Grouper picatta, Caribbean Ceviche and peppered Ahi tacos. The Guy Harvey Outpost is located at 6000 Gulf Blvd. St. Pete Beach, Florida, 33706. For additional info, call toll-free 844-RUM-FISH (844-786-3474) or visit their website.

## About the Author

Travis has been an entrepreneur since the mid-90's, with a background centered around information technology and engineering. He is the marketing guru of the team, implementing the myriad of ideas and concepts. His passion for decades has remained the innovative and practical side of fishkeeping, focusing various Pevicachromis species, Monocirrhus polyacanthus, and Mastacembelus erythrotaenia. In 2013, he began leveraging his technological and engineering background to develop an efficient, cost-effective filtration system, designed with home hobbyists and breeders in mind.

**0 SHARES**    **367.4K VIEWS**

**TAGS:** AQUARIUM   ATM   GUY HARVEY   OUTPOST   RESTAURANT   RUMFISH   TANKED

Wondering where the comments are? We encourage you to share using the buttons above and start the conversation with your friends.

Help Wanted: Writers – Central Florida Aquarium Society

**PREVIOUS STORY**

**NEXT STORY**

Introducing CFLAS Community-Ran Groups

## Future Generations With



SPONSORED BY
aqua plenish

### What's Hot

🔥 **Win a Year's Supply of Fish Food**
2.5K VIEWS | 3 SHARES

🔥 **Aquaplenish Aquarium Water Changer a Game Changer**
24.8K VIEWS | 20 SHARES

🔥 **GloFish® Rainbow Sharks – Born Brilliant**
1.7K VIEWS | 2 SHARES

🔥 **Mimic Octopus Mating**
1.4K VIEWS | 2 SHARES

🔥 **Record-Setting 2.37-Pound Mayan Cichlid Caught in Florida**
1.6K VIEWS | 2 SHARES

🔥 **Central Garden & Pet Acquires Largest Wholesaler of Aquarium Fish**
13K VIEWS | 6 SHARES

Marineland's Essential LED POD Modular Lighting Shines at Global Pet Expo 2018
Aquaplenish Aquarium Water Changer a Game Changer
Record-Setting 2.37-Pound Mayan Cichlid Caught in Florida
Central Garden & Pet Acquires Largest Wholesaler of Aquarium Fish

Red Sea REEFER Display at Immersed 2016
Fish Gallery Opens Its Fourth Location
World's First Fully Warm-Blooded Fish Discovered in the Pacific Ocean
Hurricane Checklist
It's Lights, Camera, Action as ATM Films in South Florida
Guy Harvey Paints Giant Mural at SeaWorld Orlando's New Shark Wreck Reef

## Central Florida Aquarium Society

P.O. Box 541040
Orlando, FL 32854
Phone: (407) 494-4469

 

**32,249** FOLLOWERS   **2,384** SUBSCRIBERS   **335** ARTICLES

All parts of this website Copyright ©2019 Central Florida Aquarium Society.

MENU   Account

**FOR THE EXCLUSIVE USE OF** ACCOUNTING@JOHNSONMARTINLAW.COM

From the Tampa Bay Business Journal:
https://www.bizjournals.com/tampabay/slideshow/2014/04/09/take-a-hard-hat-tour-of-the-6-million-guy-harvey.html

# Take a hard hat tour of the $6M Guy Harvey RumFish Grill & Bar

Apr 9, 2014, 11:21pm EDT **Updated: Apr 10, 2014, 6:20am EDT**

In what will be a nearly $6 million build out, the new Guy Harvey's RumFish Grill & Bar is currently under construction at Guy Harvey Outpost in St. Pete Beach. The 310-seat restaurant at Tradewinds Islands Resorts will feature a 33,000 gallon tank with 26 different species of fish. Here, see its progress. It is set to open May 16.



ALEXIS MUELLNER

**Alexis Muellner**
Editor
*Tampa Bay Business Journal*

