# EXHIBIT D



# RumFish Grill ✓

@rumfishgrillandbar

- Home
- Offers
- Reviews
- Photos
- Posts
- Videos
- Events
- **About**
- Community
- Jobs
- Info and Ads
- Instagram feed
- Twitter

[Promote]

Manage Promotions

Name: RumFish Grill — Edit
Username: @rumfishgrillandbar — Edit

## HOURS

🕐 Closed Now   11:30 AM - 12:00 AM ▾

📊 Popular Hours



## BUSINESS INFO

ℹ️ Business Details

| | |
|---|---|
| Cuisine | american (new), caribbean and seafood |
| Parking | Street and parking lot parking |
| Price Range | $$ |
| Specialties | Serves lunch, dinner and drinks |
| Services | Takes Reservations<br>Walk-Ins Welcome<br>Good For Groups<br>Good For Kids<br>Waiter Service<br>Outdoor Seating |

🚩 **Created on February 18, 2014**

## Our Story

RumFish Grill is a destination restaurant at RumFish Beach Resort on St. Pete Beach, FL. The restaurant's main attraction is a 33,500 gallon aquarium constructed by the crew from Acrylic Tank Manufacturing (ATM) and featured on TANKED, a popular television show on Animal Planet.

Restaurant visitors and guests have the opportunity to snorkel in the t...

See More

Call Now ✏️

RumFish Grill  Edward   Home   Find Friends



**RumFish Grill**
@rumfishgrillandbar

Home
Offers
Reviews
Photos
Posts
Videos
Events
About
Community
Info and Ads
Instagram feed
Twitter



Like   Follow   Share                    Call Now   Send Message

**Create Post**                                           4.4   **4.4 out of 5** · Based on the opinion of 1,235 people
                                                                ABOUT RUMFISH GRILL

Write a post...                                           **Our Story**

Photo/Video   Tag Friends   Check in                      RumFish Grill is a destination restaurant at RumFish Beach Resort on St. Pete Beach, FL. The restaur...

**Recommendations and Reviews**                           See More

Recommended by 3,663 people · People talk about "lobster ravioli", "crab bisque" and "grouper dinner"

                                                          **Community**                              See All
 **Hip atmosphere**
Good food fun atmosphere. The fish tank view is great. The end view in the hallway is very cool when... See More          37,457 people like this
March 31                                                  37,418 people follow this

 Everything!! Excellent service, excellent food. Having lunch in front of the big fish tank was amazing!   **About**                                 See All
March 24

 **Stylish interior**                  
best swordfish ever had. also great service and cool aquariums.
March 19                                                  6000 Gulf Blvd
                                                          St. Pete Beach, Florida 33706
                                                          Get Directions

**Do you recommend RumFish Grill?**                        (727) 329-1428

Yes   No                                                   Send Message

                                                          www.RumFishGrill.com

See All                                                   Seafood Restaurant · Bar & Grill · Bar

**Photos**                                                Hours 11:30 AM - 12:00 AM
                                                          **Open Now**

                                                          Popular hours

                                                          Mon  Tue  **Wed**  Thu  Fri  Sat  Sun

                                                          

                                                          6AM  9AM  12PM  3PM  6PM  9PM  12AM  3AM

                                                          Suggest Edits



 RumFish Grill     Chat

RumFish Grill  Edward Home Find Friends



### RumFish Grill
@rumfishgrillandbar

- Home
- Offers
- Reviews
- Photos
- Posts
- Videos
- Events
- About
- Community
- Info and Ads
- Instagram feed
- Twitter

 

the people who manage and post content.

Page created - February 18, 2014

**Related Pages**

 Hurricane Seafood Re…  Like
Seafood Restaurant

Sloppy Joe's Restaura… Like
American Restaurant

TradeWinds Island Re… Like
Beach Resort

See All

**Posts**

 **RumFish Grill**
Yesterday at 12:26 PM ·

We put the RUM in RumFish.



16      1 Comment  9 Shares

Like      Comment      Share

 **RumFish Grill**
March 30 at 11:00 AM ·

Sailing into Saturday like...
Photo by: @tschadle

**Pages Liked by This Page**

 The Mommy Nest      Like

 Buy Beaches First      Like

 Hoot's Beach Guide      Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2019

 RumFish Grill ✕      Chat

RumFish Grill | Edward | Home | Find Friends



**RumFish Grill**
@rumfishgrillandbar

Home
Offers
Reviews
Photos
Posts
Videos
Events
About
Community
Info and Ads
Instagram feed
Twitter



27 | | 1 Share

Like | Comment | Share

See All

**Videos**



See All

See More

