# EXHIBIT E



SUBMIT A RELEASE    CONTACT US

You are here: Home / Arts, Culture, Entertainment, Meetings, Events / Guy Harvey's RumFish to Open at St. Pete Beach Resort

# Guy Harvey's RumFish to Open at St. Pete Beach Resort

April 3, 2014 by Press Release

Destination Restaurant to Showcase 33,500-Gallon Snorkel Aquarium that will be Featured on Animal Planet's "Tanked"

WHO: The new Guy Harvey's RumFish Grill & Bar at Guy Harvey Outpost – a TradeWinds Beach Resort, just 30 minutes from Tampa on Florida's west coast on the island of St. Pete Beach.  The 211-room resort is one of only two Guy Harvey Outpost hotels in the United States.

WHAT: The new Guy Harvey's RumFish Grill & Bar is currently under construction at Guy Harvey Outpost – a TradeWinds Beach Resort and is scheduled to open in May

### CATEGORIES

Select Category





2014. The restaurant's main attraction will be a 33,500-gallon aquarium built by Wayde King and Brett Raymer of Animal Planet's hit series, "Tanked." The entire complex will open to the public shortly after the episode of "Tanked" airs nationally on Friday, May 16.

**33 Users** Online
**1 User** Browsing This Page.
Users: **1 Guest**

Guy Harvey Outpost guests will exclusively have the opportunity to snorkel in the tank among indigenous fish such as snook, redfish, trout, tarpon, grouper, snapper, small sharks and even eels.  Resort guests can also participate in a "behind the scenes" tour highlighting eco-initiatives and tank management, and includes the chance to feed the fish. A number of other tanks will be placed around the salt-water-themed restaurant, giving diners a "fully immersive" dining experience.

## CONNECT WITH US



"RumFish will not only be a unique experience for our guests, it will also be a destination restaurant offering day travelers an all-encompassing Guy Harvey experience, said Keith Overton, president, TradeWinds Island Resorts. "Not only will visitors be able to dine, but they can also explore the tanks, enjoy extensive entertainment options and browse the large 2,200 square foot retail shop."

The restaurant's store will carry the largest selection of Guy Harvey merchandise in the area. Items that can be found include Guy's signature t-shirts, fishing gear, various clothing lines, beach gear, artwork and a variety of unique gift items, videos and much more. Open for breakfast, lunch and dinner, RumFish will seat approximately 150 in the main dining room and 160 in the indoor and outdoor bar areas. The décor will feature ocean blues and greens, as well as rich dark wood and Guy Harvey designs and original artwork throughout. Works from local marine artists will also be featured.

The RumFish menu will include a wide variety of appetizers, soups, salads, sandwiches and entrees. Starters include peppered Ahi tacos, Caribbean Ceviche and duck confit flat bread. Larger entrees range from pan seared local Grouper picatta and clam capellini to a dry rubbed rib eye and chicken tortellini.

There will be a number of indoor and outdoor televisions including one large screen HDTV that can show up to nine sporting events or programs on one large screen. Live entertainment will be provided nightly with two stages for bands.

As always, guests of Guy Harvey Outpost share privileges with its nearby sister property, the TradeWinds Island Grand.

WHEN: Guy Harvey's RumFish Grill & Bar is scheduled to open May 2014.

WHERE: Guy Harvey Outpost – A TradeWinds Beach Resort

6000 Gulf Boulevard

St. Pete Beach, Florida

RESERVATIONS: Call toll-free (844) RumFish (786-3474) or visit www.RumFishGrill.com.

For hotel reservations and information, call toll-free (877) 428-4000 or visit [www.GuyHarveyOutpostTampaBay.com](www.GuyHarveyOutpostTampaBay.com).

**Share this:**

 

Filed Under: Arts, Culture, Entertainment, Meetings, Events, Hospitality, Tourism, Coventions



© 2019 KnowHowe