# EXHIBIT F



SELECT A CITY ☐

accounting@johnsonmart… ☐    Subscribe Now    Discover a new office space each week ☐

MORE…    EVENTS    PEOPLE & COMPANIES    LISTS & AWARDS    NEWS

≡ INDUSTRIES & TOPICS

**FOR THE EXCLUSIVE USE OF** ACCOUNTING@JOHNSONMARTINLAW.COM

From the Tampa Bay Business Journal:
https://www.bizjournals.com/tampabay/news/2014/05/16/tanked-stars-showcase-aquarium-at-guy-harvey-s.html

# 'Tanked' stars showcase aquarium at Guy Harvey's RumFish

May 16, 2014, 2:22pm EDT

An episode of "Tanked" airing on Animal Planet Friday night will begin a new era for Guy Harvey Outpost, a TradeWinds Island Resort.



MARGARET CASHILL

The episode will feature a 33,500-gallon snorkel aquarium at the upcoming Guy Harvey's RumFish Grill & Bar, part of a new 17,000-square-foot complex under construction at TradeWinds.

The show creates buzz on a national level, but managers want to draw a local crowd as well. TradeWinds President Keith Overton said he expects at least 80 percent of guests to come from the local area.

Brett Raymer, Wayde King and Heather King of Animal Planet series "Tanked" joined Overton for a walk-through of the nearly finished facility Friday morning.

*Tampa Bay Business Journal* visited the construction site in April. The facility has changed dramatically in the last month.

In addition to the dining area, it features a bar, outdoor deck, merchandise area and two additional tanks. The shop will open to the public on Saturday and the restaurant is taking reservations for June 1 and after.

The tank cost $1 million and the facility cost $5 million to build, Overton said.

The "Tanked" episode featuring RumFish will air at 10 p.m. The show's stars will sign books and merchandise at the resort from 10 a.m. to 1 p.m. Saturday.

**Margaret Cashill**



Staff Writer
*Tampa Bay Business Journal*