# EXHIBIT K

**Aaron Wolke**

| | |
|---|---|
| **From:** | bsausserlaw@gmail.com on behalf of Brent Sausser <bsausser@sausserspurrlaw.com> |
| **Sent:** | Wednesday, May 21, 2014 11:03 AM |
| **To:** | David Johnson |
| **Cc:** | Alex Spurr |
| **Subject:** | Consent Agreement v7 |
| **Attachments:** | 26476-0007 Consent Agreement v7 clean.docx; 26476-0007 Consent Agreement v7 clean.pdf; 26476-0007 Redlined-Consent Agreement v7 (BDS).pdf |

David,

Please find attached version 7. Again, as expressed on the voicemail we moved your restricted period language from Fortune's consent to registration to RYV Corp's consent to registration, because it is their consent for your client to register. In addition, we simply added reflective language in the covenants.

Also, there are a couple of other points we'd like to discuss, specifically:

1. What is the application for GUY HARVEY'S RUMFISH about; and
2. When we say your client cannot use RUMFISH standing alone, we want to clarify that it would include 1-844-RUMFISH

Please give me a call at your earliest convenience.

Thanks,



Brent D. Sausser, Esq.

2 Rosedale Dr.
Charleston, S.C.
Tel: (843) 654-0078
E-mail: bsausser@sausserspurrlaw.com
Website: www.OnlineTrademarkAttorneys.com

Confidential and Privilege Notice: This email and all attachments are for the exclusive as well as confidential use by the intended recipient. The information contained herein may contain confidential and/or attorney-client privileged information. Work product and attorney-client privilege are not waived in this transmission. Any copying or distribution of this email or its attachments, by anyone other than the intended recipient, is prohibited. Please reply to sender if you have received the email in error, then delete it. Thank you.