# EXHIBIT L

Skip to Main Content | Skip to Footer

# Alex Padilla
# California Secretary of State

About    Business    Notary & Authentications    Elections    Campaign & Lobbying    State Archives

Registries    News    Contact

## Business Entities (BE)

**Online Services**

File LLC Statement of Information

File Corporation Statement of Information

Business Search

Current Processing Dates

Disclosure Search

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information (annual/biennial reports)**

**Filing Tips**

**Information Requests (certificates, copies & status reports)**

**Service of Process**

**FAQs**

**Contact Information**

**Resources**

Business Resources

Tax Information

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, April 3, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201605300001    JPL PARTNERS #1, L.P.

| | |
|---|---|
| **Registration Date:** | 02/19/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | PAMELA SOLOMON |
| | 314 RAYMOND ST |
| | OJAI CA 93023 |
| **Entity Address:** | 314 RAYMOND ST |
| | OJAI CA 93023 |
| **Entity Mailing Address:** | 314 RAYMOND ST |
| | OJAI CA 93023 |

| Document Type | ☐ | File Date | ☐ | PDF |
|---|---|---|---|---|
| REGISTRATION | | 02/19/2016 | | [PDF] |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more

extensive search for records, refer to **Information Requests**.

- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

**Starting A Business Checklist**

**FTB Nonprofit Dissolution**

**FTB Administrative Dissolution/Surrender Notice**

**FTB Abatement**

**Customer Alerts**

**Business Identity Theft**

**Misleading Business Solicitations**

## Related Links

Print  Faceb  Twitte  Email  AddTl

32.7KShare

| Contact Information | Back to Top ↑ |

**Agency**

**Home**

**About**

**Business**

**Notary & Authentications**

**Elections**

**Campaign & Lobbying**

**State Archives**

**Registries**

**News**

**Contact**

**Resources**

**Career Opportunities**

**Site Maintenance Schedule**

**Website Help**

**Language Access Complaint Form**

**Guidelines for Access to Public Records**

**California Home Page**

**Accessibility**



Copyright © 2017 California Secretary of State │ 1500 11th Street, Sacramento, California 95814 │ (916) 653-6814

**Sitemap** │ **Privacy Policy** │ **Free Document Readers**