UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUMFISH Y VINO CORPORATION and
JPL PARTNERS #1 LP,

        Plaintiff,

v.                                                  Case No. 8:19-cv-595-T-36AEP

FORTUNE HOTELS, INC., RIA-
SANDPIPER, INC., RESORT INNS OF
AMERICA, INC., TRADEWINDS ISLAND
RESORT, and DOES 1-10,

        Defendants.

## NOTICE TO COURT OF CONFERENCE DATE FOR MEDIATION

Pursuant to the Court's May 23, 2019 Case Management and Scheduling Order, the parties hereby inform the Court of the scheduling of the following mediation date and identity of the mediator:

| | |
|---|---|
| Date: | Tuesday, August 6, 2019 |
| Time: | 10AM |
| Place: | Offices of Greenspoon Marder LLP |
| | 401 E. Jackson Street, Suite 1825 |
| | Tampa, FL 33602 |
| | |
| Mediator: | James Matulis |
| | Law Office of James Matulis |
| | 9806 Gretna Green Dr Ste 100 |
| | Tampa, FL 33626-5300 |

Date: June 6, 2019

Signature of Counsel (with information required by Local Rule 1.05(d))

| | |
|---|---|
| */Michael A. DiNardo/* <br> Michael A. DiNardo <br> Admitted *Pro Hac Vice* <br> California Bar No. 216991 <br> mike@kelly-kelleylaw.com <br> **KELLY & KELLEY, LLP** <br> 6320 Canoga Ave, Suite 1650 <br> Woodland Hills, CA 91367 \| (818) 347-7900 <br> <br> Murray B. Silverstein <br> Florida Bar No. 0349216 <br> Jacob L. Boehner <br> Florida Bar No. 1002685 <br> murray.silverstein@gmlaw.com <br> jacob.boehner@gmlaw.com <br> moneka.simpson@gmlaw.com <br> **GREENSPOON MARDER LLP** <br> 401 E. Jackson Street, Suite 1825 <br> Tampa, FL 33602 \| (813) 769-7020 <br> <br> *Attorneys for Plaintiffs RUMFISH Y VINO CORPORATION and JPL PARTNERS #1, LP* <br> *Attorneys for Plaintiffs RUMFISH Y VINO CORPORATION and JPL PARTNERS #1, LP* | /Joshua D. Martin/ <br> Joshua D. Martin, Esq. <br> Florida Bar No. 028100 <br> **JOHNSON & MARTIN, P.A.** <br> josh.martin@johnsonmartinlaw.com <br> 500 W. Cypress Creek Rd., Suite 430 <br> Fort Lauderdale, FL 33309 <br> Telephone: (954) 790-6699 <br> Facsimile: (954) 206-0017 <br> <br> *Attorney for Defendants, Fortune Hotels, Inc., Ria-Sandpiper, Inc., and Resort Inns of America, Inc. d/b/a Tradewinds Island Resort* |